MEMO ENDORSED

ORIGINAL

# GUSRAE KAPLAN NUSBAUM PLLC
ATTORNEYS AT LAW

SCOTT H. GOLDSTEIN
MARTIN H. KAPLAN
LAWRENCE G. NUSBAUM

120 WALL STREET-25TH FLOOR
NEW YORK, NEW YORK 10005

TEL (212) 269-1400
FAX (212) 809-4147

www.gusraekaplan.com

OF COUNSEL
ROBERT L. BLESSEY

August 2, 2022

**VIA ECF**
The Honorable Louis L. Stanton
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 21C
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/2/22

RE: Standmill S.R.O. v. Fargesen et al., 1:22-cv-01537-LLS

Dear Judge Stanton:

This firm represents Defendant Igor Palatnik in the above-captioned action and writes jointly with counsel for Plaintiff "**Standmill**" S.R.O. to respectfully move the Court to adjourn the conference scheduled for Friday, August 5, 2022 at noon. This is the first request to adjourn this conference's deadline. See generally Dkt.

The parties jointly request adjournment *sine non die* because today, Mr. Palatnik and the plaintiff in a separate, first-filed case, Mouazeb v. Fargensen et al., 1:21-cv-09226-JPO, moved to consolidate that case with this one. See Exhibit A, Mouazeb Motion to Consolidate.

The same law firm represents the plaintiff in both this action and in Mouazeb, and undersigned counsel represents Mr. Palatnik in both civil cases and the original, criminal action from which they stem. Because the only factual differences between the two civil cases are the plaintiffs' identities and their respective securities purchases, both plaintiffs and Mr. Palatnik believe that consolidation is appropriate, and are optimistic that Judge Oetken will grant the Rule 42 motion.

*[Handwritten endorsement:]* So Ordered Louis L. Stanton 8/2/22

GUSRAE KAPLAN NUSBAUM PLLC

The Honorable Louis L. Stanton
August 2, 2022
Page 2

      The parties thank the Court for considering this motion to adjourn Friday's conference.

                                                Respectfully submitted,

                                                /s/ Kari Parks
                                                Kari Parks

CC: All Counsel of Record (via ECF)